In the Matter of the Probate of the Will of MOSES TROPPER, Deceased. JOSEPH TROPPER et al., Respondents; REGA TROPPER et al., Appellants.

Submitted October 3, 1955; decided October 13, 1955.

*Julius B. Sucher* for motion.

No one opposed.

Motion to dismiss appeal granted and appeal dismissed, with costs and $10 costs of motion, unless within ten days from the date of this order appellant serves and files the stipulation for order absolute required by subdivision 3 of section 588 of the Civil Practice Act, and furnishes the undertaking required by section 593 of the Civil Practice Act, and pays $10 costs to movants, in which events motion denied.